NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5012

PRECISION IMAGES, LLC,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Cyrus E. Phillips, IV, of Washington, DC, argued for plaintiff-appellant.

Joseph E. Ashman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

Appealed from: United States Court of Federal Claims

Judge Margaret M. Sweeney

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5012

PRECISION IMAGES, LLC,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States Court of Federal Claims

in CASE NO(S).      07-CV-712

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (LOURIE, <u>Circuit Judge</u>, FRIEDMAN, <u>Senior Circuit Judge</u>, and BRYSON, <u>Circuit Judge</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>July 11, 2008</u>      <u>/s/ Jan Horbaly</u>
                                       Jan Horbaly, Clerk